IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ACADEMY HEALTH CENTER, INC. f/k/a ADVENTIST HEALTH CENTER, INC. | Plaintiff/Relator |
| v. | CIVIL ACTION NO. 3:10cv552 CWR-LRA |
| HYPERION FOUNDATION, INC. d/b/a OXFORD HEALTH & REHABILITATION CENTER; ALTACARE CORPORATION; HP/ANCILLARIES, INC.; LONG TERM CARE SERVICES, INC.; SENTRY HEALTHCARE ACQUIRORS, INC.; HP/MANAGEMENT GROUP, INC.; HARRY McD. CLARK; JULIE MITTLEIDER; DOUGLAS K. MITTLEIDER; and JOHN DOES 1-200 | Defendants. |

**FILED UNDER SEAL AND *IN CAMERA***

**PROPOSED ORDER**

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

**IT IS HEREBY ORDERED** that,

1. Relator's Complaint, First Amended Complaint and Second Amended Complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. the United States shall serve its Complaint upon defendants, together with this Order, within 90 days;

3. Relator shall serve its Complaint upon defendants within 30 days after service of the United States' Complaint;

4. all other papers or Orders on file in this matter shall remain under seal;

5. the seal be lifted on all other matters occurring in this action after the date of this Order;

6. as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. all orders of this Court shall be sent to the United States; and that

8. should Relator or the defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED, this 30th day of November, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE