IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ACADEMY HEALTH CENTER, INC.                                                      PLAINTIFF

V.                                                               CAUSE NO. 3:10-CV-552-CWR-LRA

HYPERION FOUNDATION, INC., ET AL.                                               DEFENDANTS

**ORDER**

In light of pending settlement discussions and in the interest of judicial economy, the Court finds that this case should be administratively closed, that all pending motions should be denied without prejudice, and that all deadlines should be suspended.

An Order administratively closing a case is purely a management device for the convenience of the Court, and in no way affects the parties' substantive or procedural rights. *Penn W. Assocs. Inc. v. Cohen*, 371 F.3d 118, 128 (3d Cir. 2004); *Lehman v. Revolution Portfolio, LLC*, 166 F.3d 389, 392 (1st Cir. 1999) ("Administrative closings comprise a familiar, albeit essentially ad hoc, way in which courts remove cases from their active files without making any final adjudication."); *see American Heritage Life Ins. Co. v. Orr*, 294 F.3d 702, 715 (5th Cir. 2002) (Dennis, J., concurring).

In the event of a settlement, counsel may submit a proposed Agreed Final Judgment of Dismissal for the Court's consideration. In the event of an impasse, any party may move to reopen this case, which will be reopened without payment of any additional filing fee.

**SO ORDERED**, this the 22nd day of September, 2017.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE